**Raymond THOMAS, Petitioner–Appellant,**

v.

**Isaac FULWOOD, Jr., Chairman; United States Parole Commission, et al, Respondents–Appellees.**

No. 14–7493.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Raymond Thomas, Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Thomas, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed

the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Fulwood*, No. 1:14–cv–03014–RMG (D.S.C. Oct. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*